# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 93-cr-00308-EWN-01 |
| DRACY LAMONT MCKNEELY | ) | USM No: 04058-081 |
| Date of Previous Judgment: September 21, 1994 | ) | Patrick D. Butler, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    ❏ DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
    the last judgment issued) of   life   **is reduced to**   360 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 42 | | Amended Offense Level: 42 |
| Criminal History Category: IV | | Criminal History Category: IV |
| Previous Guideline Range: 360 to life months | | Amended Guideline Range: 360 to life months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
   of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
   amended guideline range.
❏ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   September 21, 1994, shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: July 10, 2008 | s/ Edward W. Nottingham |
| | Judge's signature |
| Effective Date: | Edward W. Nottingham, Chief U.S. District Judge |
| (if different from order date) | Printed name and title |