FILED
United States Court of Appeals
Tenth Circuit

December 31, 2008

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

DRACY LAMONT MCKNEELY,

      Defendant - Appellant.

No. 08-1271
(D. Colo. No. 93-CR-00308-EWN-1)

---

## ORDER

---

Before **KELLY** and **McCONNELL,** Circuit Judges.

---

This appeal was voluntarily dismissed pursuant to Fed. R. App. P. 42(b) on motion by the appellant by order dated September 11, 2008. In addition to Dracy Lamont McKneely's instructions to counsel with regard to the voluntary dismissal as reflected in the motion to dismiss, Mr. McKneely wrote to the court personally and in a letter dated August 14, 2008, asked that the appeal be withdrawn.

His counsel, Patrick D. Butler, has now filed a motion asking leave to withdraw from any further representation of the appellant, citing irreconcilable conflicts in the attorney/client relationship. Mr. Butler also asks that new counsel be appointed.

The motion to withdraw is granted. The clerk shall remove Patrick D. Butler as counsel of record in this appeal. The motion for appointment of new counsel is denied as

moot.  As previously noted, this appeal was dismissed and the mandate was issued

September 11, 2008.  There is no ongoing proceeding before this court within which to

appoint counsel.

The clerk shall send a copy of this order to all current counsel of record and to

Dracy Lamont McKneely.

Entered for the Court
ELISABETH A. SHUMAKER
Clerk of Court

by:
Douglas E. Cressler
Chief Deputy Clerk