FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

November 2, 2012

Elisabeth A. Shumaker
Clerk of Court

In re:

DRACY LAMONT MCKNEELY,

Petitioner.

No. 12-1368
(D.C. No. 1:93-CR-00308-MSK)
(D. Colo.)

## ORDER

Before **BRISCOE**, Chief Judge, **MURPHY** and **GORSUCH**, Circuit Judges.

Mr. McKneely filed this petition for a writ of mandamus directing the district court to rule on a motion under Fed. R. Civ. P. 60(b) pending since March 2012, and a motion under Fed. R. Civ. P. 15(c) pending since April 2012. The district court has now disposed of these matters, dismissing them as moot in light of other decisions in the underlying case. *See United States v. McKneely*, 93-cr-308-MAK-01, docket entry 161, as modified by docket entry 162 (D. Colo. 2012). The instant mandamus petition seeking disposition of the cited motions is therefore moot.

The petition is DENIED. The pending motion to proceed in forma pauperis is GRANTED.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk